1

2

3

4

5                                         *E-FILED - 8/25/09*

6

7

8

9                     IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

MICHAEL ANGELO LENA,                    )   No. C 09-2087 RMW (PR)
12                                       )
              Petitioner,                )   JUDGMENT
13                                       )
      v.                                 )
14                                       )
SUPREME COURT OF CALIFORNIA, et          )
15  al.,                                 )
                                         )
16            Respondents.               )
                                         )
17  _____  )

18        The court has dismissed the instant action without prejudice.  A judgment of dismissal

19  without prejudice is entered.  The clerk shall close the file.

20        IT IS SO ORDERED.

21  DATED: ___8/24/09___          _Ronald M. Whyte_

22                                RONALD M. WHYTE
                                  United States District Judge
23

24

25

26

27

28

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\Lena087jud.wpd        1